MAGGIE E. SCHROEDTER, ESQ. (Bar No. 270377)
maggie@theRSfirm.com
CHRISTINE M. FITZGERALD, ESQ. (Bar No. 259014)
christine@theRSfirm.com
ROBBERSON SCHROEDTER LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
(619) 353-5691

Attorneys for Plaintiffs
IVY PAO JIHU HO, MING SEN IVAN HO,
CAH PROPERTIES, INC., and KJT, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re

DIAMOND CREEK VILLA, LLC,

Debtor.

IVY PAO JIUH HO and MING SEN IVAN HO, individually and as Trustees of the Ming Sen Ivan Ho & Ivy Pao Jiuh Ho Family Trust, CAH PROPERTIES, INC., a California Corporation; and KJT, INC., a California Corporation,

Plaintiffs,

v.

BETHANY S. LIOU; MONTEREY DYNASTY LLC; DIAMOND CREEK VILLA LLC; AND DOES 1-20,

Defendants.

Case No.: 22-51125

Chapter 7

Adv. No. 23-05009

**STIPULATION TO REMAND ADVERSARY PROCEEDING TO STATE COURT**

Judge: Hon. M Elaine Hammond

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

Plaintiffs IVY PAO JIHU HO, MING SEN IVAN HO, individually and as Trustees of the Ming Sen Ivan Ho & Ivy Pao Jiuh Ho Family Trust, CAH PROPERTIES, INC., and KJT, INC. (collectively "Plaintiffs"), Janina M. Hoskins, Chapter 7 Trustee of Debtor/Defendant, DIAMOND CREEK VILLA LLC, and non-

debtor defendants BETHANY S. LIOU and MONTEREY DYNASTY LLC; (collectively "Defendants") (Plaintiffs and Defendants shall be collectively referred to as the "Parties"), by and through their respective counsel of record, hereby respectfully request that this Bankruptcy Court enter an Order remanding this adversary proceeding to state court.

WHEREAS, on March 15, 2023 pursuant to 28 U.S.C. section 1452, a Notice of Removal of the action entitled *Ivy Pao Jiuh Ho and Ming Sen Ivan Ho, individually and as Trustees of the Min Sen Ivan Ho & Ivy Pao Ho Family Trust, CAH Properties, Inc., a California corporation, and KJT, Inc., a California corporation v. Bethany S. Liou, Monterey Dynasty LLC, Diamond Creek Villa, LLC and Does 1 to 20,* pending in Santa Clara Superior Court, Case No. 22CV399392 ("State Court Action") was filed with this Bankruptcy Court;

WHEREAS, the removed State Court Action was assigned the adversary proceeding number Adv. No. 23-05009 ("Adversary Proceeding");

WHEREAS, the Parties have agreed and determined that remanding this Adversary Proceeding to state court is appropriate and in the best interests of judicial economy and efficiency;

WHEREAS, the Parties desire to avoid unnecessary delay and expense associated with continued litigation in the Bankruptcy Court;

WHEREAS, the Parties have agreed to waive any right to attorneys' fees and costs as a result of the removal; and

WHEREAS, the Parties reserve their right, if any, to seek attorneys' fees and costs in connection with the pending State Court Action.

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to the Bankruptcy Court's approval as follows:

1. This Adversary Proceeding will be remanded to the Superior Court of California, County of Santa Clara;

2. Plaintiffs and Janina M. Hoskins, Chapter 7 Trustee, will file a stipulation for relief from stay in the Diamond Creek Villa LLC bankruptcy proceeding, Case No.: 22-51125, to allow the Parties to proceed to final judgment against non-debtor defendants in the State Court Action;

3. Plaintiffs retain their claims against the Debtor in the pending Diamond Creek Villa LLC bankruptcy proceeding, Case No.: 22-51125; and

4. Each party shall bear their own attorneys' fees and costs as a result of the removal.

**IT IS SO STIPULATED.**

DATED: May 24, 2024

ROBBERSON SCHROEDTER LLP

By: */s/ Christine M. Fitzgerald*

MAGGIE E. SCHROEDTER, ESQ.
CHRISTINE M. FITZGERALD, ESQ.
Attorneys for Plaintiffs
IVY PAO JIHU HO, MING SEN IVAN HO, CAH PROPERTIES, INC., and KJT, INC.

DATED: May 24, 2024

RINCON LAW LLP

By: */s/ Charles P. Maher*

CHARLES P. MAHER, ESQ.
Attorneys for Defendant
JANINA M. HOSKINS
Chapter 11 Trustee of the DIAMOND CREEK, LLC Bankruptcy Estate

DATED: May 24, 2024

LELAND, PARACHINI, STENBERG, MATZGER & MELNICK, LLP

By: */s/ Ravi D. Sahae*

STEVEN H. BOVARNICK, ESQ.
RAVI D. SAHAE, ESQ.
Attorneys for Defendant
BETHANY LIOU and
MONTEREY DYNASTY LLC