MAGGIE E. SCHROEDTER, ESQ. (Bar No. 270377)
maggie@theRSfirm.com
CHRISTINE M. FITZGERALD, ESQ. (Bar No. 259014)
christine@theRSfirm.com
ROBBERSON SCHROEDTER LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
(619) 353-5691

Attorneys for Creditors
IVY PAO JIUH HO, MING SEN IVAN HO,
CAH PROPERTIES, INC., and KJT, INC.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DIAMOND CREEK VILLA, LLC<br><br>Debtor. | Case No.: 22-51125<br><br>Chapter 11<br>Judge: Hon. M Elaine Hammond |
| IVY PAO JIUH HO, MING SEG IVAN HO, CAH PROPERTIES, INC. and KJT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BETHANY S. LIOU, MONTEREY DYNASTY, LLC, and DIAMOND CREEK VILLA, LLC,<br><br>Defendants. | Adversary Proceeding No. 23-05009<br><br>**PROOF OF SERVICE** |

I, Maria Simental, declare:

I am a resident of the State of Texas and over the age of eighteen years, and not a party to the within-entitled action; my business address is 501 West Broadway, Suite 1250, San Diego, California 92101. On May 24, 2024, I served the following documents, with all exhibits, if any, to the person(s) and/or entities, and by the method(s) listed below:

**STIPULATION TO REMAND ADVERSARY ACTION TO STATE COURT**

☒**BY CM/ECF**  the document(s) listed above will be served by the court via NEF. On this date I checked the CM/ECF docket and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) listed below:

☐ **BY EMAIL**: by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below:

☐ **BY UNITED STATES MAIL** I served the following recipients at the last known addresses by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage paid or 2) certified mail with receipt number, addressed as follows:

☐ **BY PERSON DELIVERY, FACSIMILE TRANSMISSION, OR OVERNIGHT DELIVERY** I served the following recipients by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission or overnight mail as follows:

SEE SERVICE LIST BELOW

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on May 24, 2024, at Anna, Texas.

/s/ Maria Simental
Maria Simental

SERVICE LIST

Steven H. Bovarnick     Sbovarnick@lpslaw.com
Reno Fernandez     reno@bindermalter.com
Christine M. Fitzgerald     christine@thersfirm.com, 4634112420@filings.docketbird.com
Maggie E. Schroedter     maggie@thersfirm.com, maria@thersfirm.com
Charles P. Maher   cmaher@rinconlawllp.com